U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| CYBER SWITCHING PATENTS, LLC d/b/a CYBER SWITCHING,<br><br>    Plaintiff,<br>v.<br><br>RARITAN COMPUTER, INC.,<br><br>    Defendant. | Case No. 4:14-cv-02689-PJH<br><br>Related Cases: 4:14-cv-02681, 4:14-cv-02682, 4:14-cv-02683, 4:14-cv-02684, 4:14-cv-02692, 4:14-cv-02693 |

**ORDER**

The Stipulated Motion for Dismissal with Prejudice of all claims and counterclaims asserted between Plaintiff Cyber Switching Patents, LLC d/b/a Cyber Switching and Defendant Raritan Americas, Inc. d/b/a Raritan Computer, Inc. and Raritan Inc. is GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between Plaintiff Cyber Switching Patents, LLC d/b/a Cyber Switching and Defendant Raritan Americas, Inc. d/b/a Raritan Computer, Inc. and Raritan Inc. are hereby DISMISSED WITH PREJUDICE.

It is furthered ORDERED that this Court shall retain jurisdiction to enforce the Settlement and Patent Licensing Agreement between the parties.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

4/10/15

